NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HENRY A. THOMAS JR., )
)
    Appellant, )
)
v. ) Case No. 2D16-5314
)
STATE OF FLORIDA, )
)
    Appellee. )
                        )

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Lee
County; Ramiro Manalich, Judge.

Howard L. Dimmig, II, Public
Defender, and Christine Trakas
Thornhill, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, Tampa, for Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.